AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kelli M. Dunn<br>*Plaintiff*<br>v.<br>Carolyn W. Colvin, Acting Commissioner of Social Security<br>*Defendant* | )<br>)<br>)<br>) Civil Action No.: 4:15-4724-DCN<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The decision of the Commissioner is hereby reversed and remanded to the Commissioner for further proceedings pursuant to sentence four.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, adopting the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:    December 2, 2016

Robin L. Blume
*CLERK OF COURT*

s/Glenda J. Nance

*Signature of Clerk or Deputy Clerk*